1 CHING-CHIN CHEN (Full Name)
2 chenc888@yahoo.com (Email Address)
3 818 La Cadena Ave. apt L (Address Line 1)
4 Arcadia, CA 91007 (Address Line 2)
5 (626) 524-8280 (Phone Number)
6 Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED
2018 AUG 23 PM 2:34
CLERK U.S. DISTRICT COURT
LOS ANGELES, CALIF.
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHING-CHIN CHEN,

PLAINTIFF,

vs.

Santa Monica College District

DEFENDANT(S).

Case No.: **CV18-7403-SJO (Ex)**
(To be supplied by the Clerk)

**COMPLAINT FOR:**

AGE discrimination
Wrongful termination
Retaliation

**Jury Trial Demanded:** ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under _____

This Court has jurisdiction under 28 U.S.C § 1331. Federal question jurisdiction arise pursuant to federal laws.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district

## III. PARTIES

3. Plaintiff's name is CHING-CHIN CHEN. Plaintiff resides at: 818 La Cadena Ave. Apt L Arcadia, CA 91007

4. Defendant Santa Monica College District

1900 Pico Boulevard
Santa Monica, CA 90405

5. Defendant

## IV. STATEMENT OF FACTS

___. Plaintiff worked as a part-time instructor in Math Department of Defendant's College - Santa Monica College (SMC) CHING-CHIN CHEN was one of good instructors, who carrys a title of an Associate Faculty. CHING-CHIN CHEN has the seniority to be able to teach 8 units classes in Spring and Fall semesters; also teach 5-unit class in Winter and Summer intersessions until 2015. But started the beginning of year 2016, everything had been changed. CHING-CHIN CHEN was from a good performance instructor to be a poor instructor. Finally CHING-CHEN CHEN has been terminated the employment at the end of year 2016. CHING-CHIN CHE Was a teacher for 16 years in her home country, then studied 15 years in one of state university of California. CHING-CHIN CHEN has been studying and teaching in her whole life, but CHING-CHIN CHEN was terminated her lovely employment because of the poor teaching skills.

Actually, on 12-10-14, Jennifer Merlic from president of SMC office announced that Mitra Moassessi has been hired to be the Math Department Chair of SMC from July 2015 to June 2019. It was right after Mitra finished the term of president of Union of SMC.
On 12-14-14, Mitra started to email CHING-CHIN CHEN and ask CHING-CHIN CHEN to call Human Resources of SMC about CHING-CHIN CHEN's years of service credit and retirement. Then, on 4-16-2016, Mitra evaluated one of CHING-CHIN CHEN's Math class, which was Math 81 - Basic skills of mathematics. Mitra

gave the result of "Need Improvement" which means CHING-CHIN CHEN needs the other evaluation in Fall semester of 2016. In May 2016, Mitra and CHING-CHIN CHEN had an after evaluation conference in Math Department office. Mitra talked to CHING-CHIN CHEN that CHING-CHIN CHEN was too old. CHING-CHIN CHEN should be retired. If CHING-CHIN CHEN retired in June 2016, CHING-CHIN CHEN can keep the seniority and still be able to get assignments. Otherwise, CHING-CHIN CHEN's seniority would be taken off and no way to get any assignment. In August 2016, CHING-CHIN CHEN filed the Unlawful complaint to Human Resources of SMC. about AGE discrimination.

In October 2016, Diem Nguyen was assigned to be CHING-CHIN CHEN's evaluator and evaluated CHING-CHIN CHEN's Math 31 (Biginning Algebra) Class. Diem Nguyen slept in class and acted as a small kid in class.

On 12-8-2016, the Human Resources of SMC mailed the result of complaint. It showed "No AGE discrimination". On 12-16-2016, Diem Nguyen gave the result of evaluation "Unsatisfactory". also did the after evaluation conference in Diem's office. At that time, Mitra sit on CHING-CHIN CHEN's left hand side with a short distance, and Kolleen M (the Vice chair of Math Dept) sit next to CHING-CHIN CHEN on right hand side. Colleen said "Everything based on Diem's feeling at the time of evaluation; Nothing can be changed."

On 12-23-2016, Jennifer Merlic emailed CHING-CHIN CHEN about the termination of employmet. It is just follow the Union Agreement. Also, Jennifer said this is the purpose of peer evaluation.

On 1-12-2017, CHING-CHIN CHEN received an email regarding the appeal to Board of Trustees of SMC, the meeting would discussed the case, which has been filed to Human Resources of SMC. On 1-17-2017, CHING-CHIN CHEN had no chance to talk, because the Board of Trustees did not put CHING-CHIN CHEN'S case in that meeting. But after that meeting, CHING-CHIN CHEN received the same result letter from Human Resources of SMC. Then, the president of Union SMC, Peter Morse, said that the Board of Trustees upheld the decision, which had made by Santa Monica College. CHING-CHIN CHEN remembered on email from Union SMC said that three "Associated Faculty's" part-time instructors won a lawsuit, after SMC took away their title - Associated Faculty and terminated their employment. Also, CHING-CHIN CHEN remembered that whenever CHING CHIN CHEN tried to solve the problem, talking to Peter Morse, Mitra was always around.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( AGE discrimination )
*insert title of cause of action*

(As against Defendant(s): Santa Monica College District (SMCD) )

___. Since Santa Monica College District hired Mitra Moassessi be the Math Department Chair. SMCD is responsible for Mitra M's behavior. Mitra said CHING-CHIN CHEN is too old and used the way to want CHING-CHIN CHEN to retire. But, SMCD told that Mitra needs the form on file, because the form on file is a requirement to receivene class assignments.

___. Violation of ADEA
Plaintiff realleges paragraphs above. By doing the acts discribed in paragraph above. Defendent Cause and/or permitted the violation of Plaintiffs right to guaranteed by ADEA

___.
*Insert ¶ #*

## SECOND CAUSE OF ACTION

( ~~AGE~~ WRONGFUL Termination )
*insert title of cause of action*

(As against Defendant(s): Santa Monica College District (SMCD) )

_Insert ¶ #_ Jennifer Merlic has been hired by SMCD as a Dean of Instructional Service; and Diem Nguyen has been hired by SMCD as a full time Math professor. CHING-CHIN CHEN got poor evaluation, where students evaluations were good. It shows that everything because of the discrimination, which made CHING-CHIN CHEN from good preformance became poor preformance.

_Insert ¶ #_ Jennifer Merlic did a "wrongful termination" to CHING-CHIN CHEN.

_Insert ¶ #_ Violation of ADEA

Plaintiff realleges paragraph above. By doing the acts discribed on paragaph above. Defendant cause and/or permitted the violation of Plaintiff which guaranteed by ADEA.

7

*Page Number*

# THIRD CAUSE OF ACTION

( Retaliation )
*insert title of cause of action*

(As against Defendant(s): Santa Monica College District. (SMCD) )

___: Wherever CHING-CHIN CHEN done/talked to someone, Mitra was always around, which reminded CHING-CHIN CHEN the AGE discrimination.

___: Violation of ADEA
Plaintiff realleges paragraph above.
By doing the acts discribed above. Defendant cause and/or permitted the violation of Plaintiff's right which guarinteed by ADEA

___:

8
*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. I want the reimbursement of my title
2. I want the reimbursement of my rehire right
3. I want the reimbursement of my class assignments.
4. I want the reimbursement of money from Winter 17 to now
5. I want the reimbursement of my good representation, because other colleges are using this way to terminate my employment.
6. I want the reimbursement of my Health insurance.
7. I want the reimbursement of the money for my mental health and others.

Dated: 8-22-2018

Sign: [signature]

Print Name: CHING-CHIU CHEN

9

*Page Number*

# **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 8-22-18
Sign: _Ching Chi Chen_
Print Name: CHING - CHIN CHEN