LOUIS R. DUMONT
    ldumont@crdlaw.com
JOHNNY RUNDELL
    jrundell@crdlaw.com
JOHN J. STUMREITER (58415)
    jstumreiter@crdlaw.com
CARPENTER, ROTHANS & DUMONT
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
Tel.: (213) 228-0400
Fax: (213) 228-0401

Attorneys for Defendant SANTA MONICA COMMUNITY COLLEGE DISTRICT (sued as Santa Monica College District)

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING CHIN CHEN, | Case No.: 2:18-cv-07403-SJO-E |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| SANTA MONICA COLLEGE DISTRICT, | |
| Defendant. | |

The Court having made and entered its Order Granting Defendant's Motion to Dismiss Second Amended Complaint (Dkt. 56), it is therefore ORDERED, ADJUDGED AND DECREED:

1. Such Second Amended Complaint and the Action are dismissed, and the case has been closed.

Dated: September 16, 2019

*S. James Otero*
United States District Judge

1
JUDGMENT OF DISMISSAL