FILED
CLERK, U.S. DISTRICT COURT

MAR 7, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JG___ DEPUTY

1  CHING-CHIN CHEN _____ (Full Name)
2  Chenc888@Yahoo.com _____ (Email Address)
3  818 La Cadina Ave apt L _____ (Address Line 1)
4  Arcadia, CA 91007 _____ (Address Line 2)
5  (626) 574-8280 _____ (Phone Number)
6  Plaintiff _____ in Pro Per
   (indicate Plaintiff or Defendant)
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11  CHING-CHIN CHEN,                        Case No.: 2:18-CV-07403-GW-E
12         Plaintiff,
13    vs.                                   Plaintiff's
                                            (indicate Plaintiff or Defendant)
14  Santa Monica College                    **DECLARATION IN SUPPORT OF**
15  District                                **OPPOSITION TO MOTION**
16                                          Declaration for settlement
17         Defendant(s).
18
19                                          **Hearing Date:** _____
20                                          **Hearing Time:** _____
21                                          **Judge:** _____
                                                   (Judge's name)
22                                          **Place:** _____
                                                   (courtroom number)
23
24  I, _____, declare as follows:
              (print name)
25
        1.  I am the  Plaintiff  in the above-entitled case.
26                  (indicate Plaintiff or Defendant)
27      2.  I have personal knowledge of the following facts, and, if called as a
28  witness, I could and would competently testify thereto.

Revised: March 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel. All Rights Reserved.

1
Declaration

**THE FACT:**

1. The Filed Document 119. It says Coury confers with the parties. Defendant's motion is granted. Defendant will have 30 days from the date of this order (2-3-22) to pay Plaintiff the $15,000 settled in this matter. (See exhibit 1)

2. Defendant's attorney, John Stumreiter, filed to court on 03-04-22. (See exhibit 2, 3, 4, 5, 6,).

3. Sending the check 4 days later.

4. First set to send overnight envelop on 3-7-22, at 8:00 pm. After Plaintiff called in the morning then sent the check on 03-07-22 AA and received the envelop in afternoon (after 1:00 pm, on 3-7-22). See exhibit 7, 8.

5. Sending the wired documents (See Exhibit 9, 10, 11, 12)

**ARGUMENT**

For sure, defendant's attorney, John Stumreiter, did not follow the court order.

**CONCLUSION**

The court should set a new mediation. The new mediation should with a new mediator.

1  3-7-22                    CHING-CHIN CHEN
2
3                            *Ching Chin Chen* 3/7/22
4                            Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 18-7403-GW-Ex |
| Title | *Ching Chin Chen v. Santa Monica College District* |
| Date | February 3, 2022 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
None Present

Attorneys Present for Defendants:  
John J. Stumreiter, by telephone

**PROCEEDINGS:** DEFENDANT'S MOTION TO ENFORCE AGREEMENT TO SETTLE CASE [104]

Plaintiff Ching Chin Chen, pro se, is also present by telephone.

Court confers with the parties. The Court's Final Ruling is attached hereto. Defendant's Motion is granted. Defendant will have 30 days from the date of this order to pay Plaintiff the $15,000 settled in this matter. Court will dismiss this matter pursuant to the settlement once proof of payment is provided to the Court.

: 20

Initials of Preparer   JG

LOUIS R. DUMONT
   ldumont@crdlaw.com
JOHN J. STUMREITER (58415)
   jstumreiter@crdlaw.com
CARPENTER, ROTHANS & DUMONT
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
Tel.: (213) 228-0400
Fax: (213) 228-0401

Attorneys for Defendant SANTA MONICA COMMUNITY COLLEGE DISTRICT (sued as Santa Monica College District)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING CHIN CHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA MONICA COLLEGE DISTRICT,<br><br>    Defendant. | Case No.: 2:18-cv-07403-GW-Ex<br><br>**DECLARATION OF JOHN J. STUMREITER RE SETTLEMENT PAYMENT; EXHIBIT** |

# DECLARATION OF JOHN J. STUMREITER

I, John J. Stumreiter, declare:

1. I am an attorney at law duly licensed to practice in the courts of the State of California, and I am a member of the bar of this Court. I work for the firm of Carpenter, Rothans & Dumont, LLP, counsel for defendant Santa Monica College District. I have personal first-hand knowledge of the facts stated herein; I can and do testify competently thereto.

2. On March 4, 2022, I had my secretary transmit to Ms. Chen a check for $15,000.00 as the settlement payment. The check was sent to Ms. Chen via overnight mail, with an accompanying letter. A true and correct copy of such letter and the check are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on March 4, 2022.

/s/ John J. Stumreiter
John J. Stumreiter



# CR&D
Carpenter, Rothans & Dumont LLP

500 SOUTH GRAND AVENUE, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90071
T: 213.228.0400
F: 213.228.0401
www.crdlaw.com

JOHN J. STUMREITER, ESQ.
jstumreiter@crdlaw.com

March 4, 2022

**VIA OVERNIGHT MAIL**

Ms. Ching-Chin Chen
818 La Cadena Ave., Apt. L
Arcadia, CA 91007

    Re:    *Chin-Chin Chen v. Santa Monica College District*
           U. S. Dist. Ct. No. CV18-7403-SJO(Ex)

Dear Ms. Chen:

    Enclosed with this letter is a check for $15,000.00 in payment of the settlement in this case.

                              Very truly yours,

                              /s/*John J. Stumreiter*

                              John J. Stumreiter

JJS/lrg
Enclosures as stated
Fed Ex Tracking No. 7762 1522 8114

3

Claimant: Ching-Chin Chen  
Claim#: 564287  
For:  
From: 03/03/2022  
Through: 03/03/2022  

Incident Date: 01/19/2017  
Payment Type: Losses - Claimant -  
Invoice No:  
Invoice Date:  

## Santa Monica Community College District PL

Check Number: 101414  
Check Date: 03/03/2022  
Check Amount: 15,000.00  
Adjusting Office: Torrance PLCA  
Insured: Santa Monica Community College District  
Examiner: Matthew Takeda  
Examiner Phone: (310) 212-0363  

---

THIS ORIGINAL DOCUMENT HAS A TRUE WATERMARK AND VOID PANTOGRAPH. DO NOT CASH IF NOT PRESENT.

**Accredited Surety&Casualty Co-SWACC R&Q**  
Keenan & Associates  
P.O. Box 4328  
Torrance, CA 90510  

Union Bank  
445 S. Figueroa St.  
Los Angeles, CA 90071-1602  

16-49-6 / 1220  

**101414**

Date: **03/03/2022**

Claim Number: 564287  
Claimant: Ching-Chin Chen  

**VOID AFTER 90 DAYS**

**AMOUNT**

PAY  Fifteen Thousand Dollars And 00/100

$**15000.00

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.00

TO THE  
ORDER  
OF:  

Ching-Chin Chen  
818 La Cadena Ave Apt L  
Arcadia, CA 91007-6897  

⑈101414⑈ ⑆122000496⑆ 0093870541⑈

5

**FedEx**  Shipment Receipt

**Address Information**

Ship to:
CHING-CHIN CHEN

818 LA CADENA AVE
APT L
ARCADIA, CA
91007
US
000-000-0000

Ship from:
John J. Stumreiter, Esq.
CARPENTER ROTHANS &
DUMONT LLP
500 S Grand Ave
Suite 1900
Los Angeles, CA
90071
US
2132280400

**Shipment Information:**
Tracking no.: 776215228114
Ship date: 03/04/2022
Estimated shipping charges: 24.23 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services: Residential Delivery
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: REDACTED
Your reference: CHEN KA 1709
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits: Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

▶ Insert shipping document here.

ORIGIN ID:JBPA     (213) 228-0400
JOHN J. STUMREITER, ESQ.
CARPENTER ROTHANS & DUMONT LLP
500 S GRAND AVE
SUITE 1900
LOS ANGELES, CA 90071
UNITED STATES US

SHIP DATE: 04MAR22
ACTWGT: 0.50 LB
CAD: 110428373/INET4460

BILL SENDER

TO  CHING-CHIN CHEN
818 LA CADENA AVE
APT L
ARCADIA CA 91007
(000) 000-0000
INV:
PO:                              REF: CHEN KA 1709
                                 DEPT:




FedEx
TRK# 7762 1522 8114
0201

MON – 07 MAR AA
STANDARD OVERNIGHT

7 MAR 8:00P
OVERNIGHT
RES

WZ WHPA

91007
CA-US BUR

91007
CA-US BUR




#4270485 03/04 SEJJS/E302/FE4A







FedEx Shipment Receipt

**Address Information**

**Ship to:**
CHING-CHIN CHEN

818 LA CADENA AVE
ARCADIA, CA
91007
US
000-000-0000

**Ship from:**
John J. Stumreiter, Esq.
CARPENTER ROTHANS & DUMONT LLP
500 S Grand Ave
Suite 1900
Los Angeles, CA
90071
US
2132280400

**Shipment Information:**
Tracking no.: 776215228114
Ship date: 03/04/2022
Estimated shipping charges: 24.25 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services: Residential Delivery
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: [redacted] REDACTED
Your reference: [redacted] REDACTED
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

749

## DECLARATION OF JOHN T STUMREITER

I, John T Stumreiter, declare:

1. I am an attorney at law duly licensed to practice in the courts of the State of California and I am a member of the bar of this Court. I work for the firm of Carpenter, Rothans & Dumont, LLP, counsel for defendant Santa Monica College District. I have personal first-hand knowledge of the facts stated herein; I can and do testify competently thereto.

2. On March 4, 2022, I had my secretary transmit to Ms. Chen a check for $15,000.00 as the settlement payment. The check was sent to Ms. Chen via overnight mail with an accompanying letter. A true and correct copy of such letter and the check are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on March 4, 2022.

/s/ John T. Stumreiter
John T. Stumreiter

## SERVICE LIST

| | |
|---|---|
| [illegible] Ave., Apt. 1 | Plaintiff in pro per. |

**Lynette Gonzales**

Need to talk to Lou about scheduling the mediation in Jane LJ Doe in May — May 9, 10, 17-24

Need to talk about scheduling the mediation in Butler — May 3, 4, 9, 11, 13, 17-19, 20, 23, 2

Need to talk about Lopeteguy — we reserve 2 other Mx dates but will need to re-reserve. 3 court day deadline upon reserving date — Email about moving trial?

FSC 5.11.22
Royale Lewis 5.20.22

Butler
16th maybe
17th maybe
29th maybe if Blake Depos are off

Arenas - MSJ

SIMS —
SMCCD —
Johnson MSJ 3/28

1

CHING-CHIN CHEN (Full Name)
chenc888@yahoo.com (Email Address)
818 La Cadena Ave, apt L (Address Line 1)
Arcadia, CA 91007 (Address Line 2)
(626) 514-8280 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHING-CHIN CHEN,
    Plaintiff,
vs.

Santa Monica College District,
    Defendant(s).

Case No.: 2:18-cv-07403-GW-E

**PROOF OF SERVICE BY MAIL**

I, CHING-CHIN CHEN, declare as follows:
(name of person serving documents)

My address is 818 La Cadina Ave, apt L Arcadia, CA 91007, which is located in the county where the mailing described below took place.

On Arcadia, I served the document(s) described as:
(date of mailing)

Revised: March 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel. All Rights Reserved.

(list the name of each document you are mailing)

Oppsition motion of Declaration for Settlement

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
(city and state of mailing)

addressed to:

Attorney John Stumreiter (name) _____ (name)
500 S. Grand Ave 19th Floor (address) _____ (address)
Los Angeles, CA 90071 (address) _____ (address)
_____ (address) _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-8-22  at  Arcadia  .
           (date)            (city and state of signing)

_Chingchin Chen_
(sign)

CHING-CHIN CHEN
(print name)

2
Proof of Service